| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

Eastern District of Tennessee

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

*'18 OCT 19 PM3:33 FILED/ USBC-EDTN KNX*

☐ Check if this is an
amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | Carly <br> First name <br> Rudell <br> Middle name <br> Rodgers <br> Last name <br><br> Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name <br><br> Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | Carly <br> First name <br><br> Middle name <br> McMahan <br> Last name <br><br> Carla <br> First name <br><br> Middle name <br> McMahan <br> Last name | First name <br><br> Middle name <br><br> Last name <br><br> First name <br><br> Middle name <br><br> Last name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 5 7 5 0 <br> OR <br> 9 xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___ <br> OR <br> 9 xx – xx – ___ ___ ___ ___ |

Debtor 1    Carly    Rudell    Rodgers

First Name    Middle Name    Last Name

Case number (if known)_____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☐ I have not used any business names or EINs.

Great American REbuilders LLC
Business name

Compass Global Contracting LLC
Business name

0 4 - 3 8 2 5 3 6 0
EIN

2 7 - 4 4 6 8 5 4 5
EIN

*Compass Global Contracting* 46 - 3 3 0 0 5 5 4
*TN. Inc.*

☐ I have not used any business names or EINs.

Business name

~~Compass Global Contracting TN INC~~  *CR*
Business name

4 6 - 3 3 0 0 5 5 4
EIN

_ _ - _ _ _ _ _ _ _
EIN

**5. Where you live**

2362 Airbase Rd.
Number    Street

Louisville    TN    37777
City    State    ZIP Code

Blount
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

Number    Street

P.O. Box

City    State    ZIP Code

**If Debtor 2 lives at a different address:**

Number    Street

City    State    ZIP Code

County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

Number    Street

P.O. Box

City    State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

_____
_____
_____

Debtor 1   __Carly___  ___Rudell___  ___Rodgers_____
            First Name    Middle Name      Last Name

Case number *(if known)*_____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☐ No
- ☑ Yes.

| District | When | Case number |
|---|---|---|
| E.Dist.Louisiana | 05/18/2011 MM / DD / YYYY | 11-11599 Vol.Dismd *[handwritten: Voluntary Dismissed]* |
| _____ | _____ MM / DD / YYYY | _____ |
| _____ | _____ MM / DD / YYYY | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No
- ☐ Yes.

| Debtor | | Relationship to you |
|---|---|---|
| _____ | | _____ |
| District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ MM / DD / YYYY | Case number, if known _____ |

**11. Do you rent your residence?**

- ☑ No.  Go to line 12.  *[handwritten: living w. a friend]*
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Carly    Rudell    Rodgers**
     First Name    Middle Name    Last Name

Case number *(if known)*_____

---

**Part 3:** **Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number       Street

_____

_____
City                                State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:** **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.   What is the hazard?   _____

_____

If immediate attention is needed, why is it needed?   _____

_____

Where is the property?   _____
     Number       Street

_____

_____
City                                State        ZIP Code

---

Official Form 101                 **Voluntary Petition for Individuals Filing for Bankruptcy**                 page 4

Debtor 1    Carly    Rudell    Rodgers      Case number *(if known)*_____
      First Name     Middle Name     Last Name

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
| --- | --- |

**16. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    __Carly__    __Rudell__    __Rodgers__    Case number (if known)_____
      First Name    Middle Name    Last Name

---

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ■ No. Go to line 16b.
- ☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

    IRS '05-'11, Student loan, Back R.E.taxes spouse died-no will

---

**17. Are you filing under Chapter 7?**

- ☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☑ No
  - ☐ Yes

---

**18. How many creditors do you estimate that you owe?**

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ☑ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ *Carly Rodgers*           ✗ _____
  Signature of Debtor 1                Signature of Debtor 2

Executed on _10_ / _19_ / _2018_      Executed on _____
      MM  / DD  / YYYY                     MM  / DD  / YYYY

---

Debtor 1    **Carly    Rudell    Rodgers**
First Name    Middle Name    Last Name

Case number (if known)_____

---

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
☐ Yes. Name of Person_____.
     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

✗ *Carly Rodgers*                    ✗ _____
   Signature of Debtor 1                 Signature of Debtor 2

Date   *10/19/2018*                  Date   _____
       MM / DD / YYYY                         MM / DD / YYYY

Contact phone   *865-405-0171*       Contact phone   _____

Cell phone   *865-405-0171*          Cell phone   _____

Email address   *prov31~lady2014@yahoo.com*    Email address   _____

---

Certificate Number: 15725-TNE-CC-031670832

||||||||||||||||||||||||||||||||||||||||||||||||||||

15725-TNE-CC-031670832

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 25, 2018</u>, at <u>5:40</u> o'clock <u>PM EDT</u>, <u>Carly Rodgers</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Eastern District of Tennessee</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:    <u>September 25, 2018</u>              By:    <u>/s/Jocelyn Cardoza</u>

Name:    <u>Jocelyn Cardoza</u>

Title:    <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**


In Re:            *Carly Rudell Rodgers*            Case No.:

        **Debtor(s)**


**VERIFICATION OF CREDITOR MATRIX**


        The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.


Date: _10/19/18_            _____
                    Debtor


                    _____
                    Joint Debtor

A1 Limestone
5541 W. Park Ave
Houma, LA 70364

A & Z Dirt Service
19336 S. St. Charles Ave.
Loranger, LA 70446

ABC Rental Centers
3399 Hwy 90
Ocean Springs, MS 39564

ABC Supply Inc.
2170 Main St.
Mobile, AL 36617

Acton Mobile Industries
8007 A Corporate Dr.
Baltimore, MD 21236

Bear Industries
4323 N. River Rd.
Port Allen, LA 70767

Cleco Power
2030 Donahue Ferry Rd
Pineville, LA 71361

American Bank Leasing
555 Sun Valley Dr. Bldg. E5
Roswell, GA 30076

W.M. Capital Partners LLC, Receiver
PTN Commerce Bank
1181 S. Rogers Circle # 13
Boca Raton, FL 33487

Acs Comprehensive Asset Mgt.
2001 Us. Hwy. 46
Parsippany, NJ 07054

American Empire Underwriters Inc
3200 Wilcrete Ste 300
Houston, TX 77042

Abc Rental Centers
3000 Hewes Ave
Gulfport, MS 39507

Franklin Collection Services
2978 W. Jackson St.
Tupelo, MS 38801-6731

Aig Workers Comp
POB 93046
Southlake, TX 76092

All American Concrete
455 Barringer Dr.
Ponchatoula, LA 70454

All American Towing
981 Motsie Rd.
Biloxi, MS 39532

Apeck Construction
Joey Williams
7065 Shreveport Hwy
Leesville, LA 71446

Apeck
Joey Williams
7065 Shreveport Hwy
Leesville, LA 71446

AT&T C/O Midland Bankruptcy
5407 Andrews Hwy.
Midland, TX 79706

Alpat Company Inc.
40070 Cane Ave. Ste 400
Slidell, LA 70461

NCO Financial Systems Inc
507 Prudential Rd.
Horsham, PA 19044

Sunbridge Capital
4350 Shawnee Mission Pkwy #300
Fairway, Ks. 66305

Bank of Kansas City
Pymt Processing Center
POB 876679
Kansas City, MO 64187-6679

Bailey Lumber
2904B Hwy 90E
Ocean Springs, MS 39564

Bayou Concrete Pumping, LLC
POB 2933
Laplace, LA 70069

Beard, Cheri
70 Mill Creek Dr.
Picayune, MS 39466

Beard, Oliver
70 Mill Creek Dr.
Picayune, MS 39466

Beasley, Andrew
6444 Jones Creek Rd.. #1705
Baton Rouge, LA 70817

Bengal Transportation
37156 Hwy 30
Geismar, LA 70734

Bingham Construction
806 Ave U
Marble Falls, TX 78654

Boines Construction
2401 Norman St.
Harvey, LA 70058

Bontrager, Alvin
37486 Mike Fisher Rd.,
Franklinton, LA 70438

Bpt Builders Post Tension Gulf Coast Inc.
47037 Conrad E. Anderson
Hammond, LA 70401

Div F 21St Jud Ct
Parish Of Tangipahoa
POB 788
Amite, LA 70422

Amy L Gonzales, Attny
200 Northgate
Hammond, LA 70404

Bpt Gulf Coast
47037 Conrad E. Anderson
Hammond, LA 70401

Brundage Bone Concrete Pumping
4707 W. 'O' St
Houston TX 77013

Byrd & Wiser
145 Main St
Biloxi, MS 39530-4333

C & C Pumping Services, Inc.
9343 W Oaklawn Rd
Biloxi, MS 39532

C.A.S.Co Inc.
6665 Exchequer Dr.
Baton Rouge, LA 70809

Canaanwill Inc.
POB 4795
Carol Stream IL 60197-4795

Capital Steel
POB 3219
Slidell, LA 70458

Carlo Ditto Concrete
1445 Mac Arthur Ave
Harvey, LA 70058

Carranza, Nieves J
1222 OH Ave
Alamogordo, NM 88310

Otero CO New Mexico
1101 New York Ave, Rm 106
Alamogordo, NM 88310

Ledford, Billy
1101 New York Ave, Rm 106
Alamogordo, NM 88310

Otero CO New Mexico
1101 New York Ave, Rm 106
Alamogordo, NM 88310

Cajun Concrete
2719 Marietta St.
Kenner, LA 70062

Cem Tech Con
1927 78Th St.
Lubbock, TX. 79423

City Blueprint
1755 Hwy 190 Bay A
Mandeville, LA 70448

Chenier Apts
1901 Highway 190
Mandeville, LA 70448

Lafayette Bureau Of Credit Control Inc.
1405 Moss St.
Lafayette, LA 70509-3654

Crawford Aggregate
POB 1104
Denham Springs, LA 70727

Crenshaw Supply Co
200 Mendel Dr. Sw.
Atlanta, GA

Cross Enterprises
4321 Oakwood
Melvindale, MI 48122

Contractors Supply & Equipment
14020 Airline Hwy.
Baton Rouge, LA 70817

Concrete Eaters, Inc.
315 Ellender St
Sulphur, LA 70663

Continental Associated Inv.
Trailer Rental Co
POB 2525
Lubbock. TX 79408

Contractors Choice Supply
301 50Th St.
Lubbock, TX 79404

Contractor's Supply & Equipment
14020 Airline Hwy
Baton Rouge, LA 70817

Marvin E Owen
Attny For Cse
3036 Brakley Dr
Baton Rouge, LA 70816

Cox, Charlie
101 St. Ann Dr. Apt. #232
Mandeville, LA 70471

Current - CB Constructors
2251 Blount Rd.
Pompano Bch. FL 33069

Dcmi Inc
215 Hopkins Blvd.
Biloxi, MS 39530

Demolition Diva
6246 Memphis St,
New Orleans, LA 70124

Design Precast & Pipe, Inc.
POB 2401
Gulfport, MS 39505

Desoto Treated Materials, Inc.
941 S. Magnolia Dr.
Wiggins, MS 39577

Distributor Services
249 Hopkins Rd.
Biloxi, MS 39530

Duncan Jackson LLC
POB 478
Grambling, LA 71245

East MS Lumber
300 Russell St.
Starkville, MS 39759

Fastenal Billing
POB 978
Winona, MN 55987-0978

Ferguson Enterprises Inc. MSU
C/O Balch &Bingham
1310 Twenty Fifth Ave
Gulfport, MS 39501

Ford, Anthony
8100 Seaman Rd.
Ocean Springs, MS 39565

Four D, LLC
POB 1046
Houma, LA 70361

Gaineys
28021 Coker-Vail Rd
Holden, LA 70744

G & O Supply
POB 90
Houston, MS 38851

Gibbs Construction
5736 Citrus Blvd
Harahan, La, 70123

Gulf Coast Bank & Trust
200 St. Charles Ave
New Orleans, LA 70130

Gulf Concrete, LLC
POB 3868
Gulfport, MS 37505

Hamilton Roofing
710 10Th St.
Lubbock, TX 79408

Hancock Bk. Recovery Dept.
POB 4019
Gulfport, MS 39502

Hanson Pipe MS
3000 Faulkner St
Gulfport, MS 39501

Harrell Contracting Group LLC,
368 Highland Colony Pkwy
Ridgeland, MS 39157

Oktibbeha County Court
101 E. Main St.
Starkville, MS 39759

Herron, Thomas Dwain
6700 Tunica St.
Biloxi, MS 30532

Jnr Adjustment Co
POB 27070
Minneapolis, MN 55427

Jackson, Tony
605 Liz Circle
Gulfport, MS 39503

John Fayard Moving & Warehouse
POB 2189
Gulfport, MS 395050

Charles MacAfee
605 Liz Circle
Gulfport, MS 39503

Justice Court
1620 23Rd Ave
Gulfport, MS 39501

JP Chase Bank
2400 N. Hwy 190
Covington, LA 70437

First Source For JP Morgan Chase
205 Bryant Woods
South Amherst, NY 14228

Johnson Tire Service LLC
7917 Lamar Pool
Biloxi, MS 39532

Marsha Tompkins Attny
15602 S. Dupont Hwy
Harrington, DE 19952

Knights Plumbing
POB 1539
Albany, LA 70711

Kleynhans, Shane
9065 Hwy 450
Franklinton, LA 70438

David Krause
1211 Government St.
Ocean Springs, MS 39564

Kritner, Raymond
5710 2Nd St.
Satsuma, AL 36572

Murphy Trucking
POB 1008
Chalmette, LA 70044

Scott Tillery, Attny
For Murphy Trucking
701 Metairie Rd. Ste. 2A201
Metairie, LA 70005

LA Workforce Commission
POB 94186
Baton Rouge, LA 70804-9186

Leehans, Jr. Bernard, C.
200 Clearview Pkwy.
Metarie, LA 70001-4621

Leleaux, David
309 Mound Ave
New Orleans, LA 70124

Louisiana Lumber
2020 Hwy. 190W. #103
Slidell, LA 70460

Louisiana Office Products
POB 2385
Harahan, LA 70183

Louisiana Utilities Co
Ferguson Musco Gulfport #1227
POB 847411
Dallas, TX 75284-7411

Stephen Chiccarelli, Attorney
One American Pl 23Rd FL
Baton Rouge, LA 70821-3197

MS Utilities Supply Ferguson Enterprises
Musco Gulfport #1227
POB 847411
Dallas, TX 75284-7411

Mark Lane Atty
1070B West Causeway Approach,
Mandeville, LA 70471

Louisiana Workforce Commission
POB 60019
New Orleans, LA 70804-9050

Mapp Construction
344 3Rd S
Baton Rouge, La

Todd Hebert, Attny
10715 North Oak Hills Pkwy.
Baton Rouge, LA 70810

Louisiana Utilities Co
Subs Of Ferguson &MS Utilities
2056 Sorrel Ave
Baton Rouge, LA 70802

Matthew Backhoe
POB 3287
Lubbock, TX 79452

Mayeur Real Estate Inv
1200 Ft. Pickens Rd. Apt 14-D
Pensacola, FL 32561

Marie Mayeur
1200 Ft. Pickens Rd. Apt 14-D
Pensacola, FL 32561

Marie Mayeur
1200 Ft. Pickens Rd. Apt 14-D
Pensacola, FL 32561

Morrison Supply
141 East 42ND St.
Lubbock, TX 79404

McDonnel Group LLC
3350 Ridgelake Dr. Ste 710
Metairie, LA 70002.

Magnolia Steel
POB 5007
Meridian, MS 39302

Mccreary Construction
POB 2402
Columbus, MS 39704

Meadows, Ricky
4645 Alma Dr.
Wilmer, AL 36587

Meredith, Linda Dianne
7905 1703 Summer Hill Ct.
Granbury, TX 76048

Metro Concrete
POB 1587
Ocean Springs, MS 39566

Mmc Materials Inc
POB 1347
Starkville, MS 39760

Circuit Court Oktibbeha CO.
POB 1679
Starkville, MS. 39760

Copeland Cook Taylor Bush
600 Concourse Ste 100
Ridgeland, MS 39157

P. Vance Daly, For Mmc.
1288 Byhalia Rd #2
Hernando, MS 38632

Morrison, Mike
145 Terry Pkwy.
Terrytown, LA 70051

Motel 6 Lodging
4001 International Pkwy.
Carrollton, TX 75007

Munlake Contractors Inc
1551 N. Courtney Rd
Independence, MO 64050

Charles Short (Housing)
Box 1043
Southhaven, MS 38671

Neff Rentals
390 S. Van Ave
Houma, LA 70363

O'Brien, Cleve (& Lois)
10100 Murmuring Creek Dr.
Austin, TX 78736

Office Depot
POB 689020
Des Moines, IA 50368

Pats Trucking
POB 3741
Bay St. Louis. MS 39531

Pelican Construction Supplies
305 23Rd St
Kenner, LA 70062

Penton Truck & Tractor Services
28710 Krentel Rd.
Lacombe, LA 70445

Phillips Pipe & Products LLC
2917 14Th Ave North
Columbus, MS 39704

Phoenix Concrete Construction
7817 Peaceful Hill Lane
Austin TX 78748

Port Marine Vac Service Inc
256 Thompson Rd
Houma, LA 7036

Jerri Smitko Attny
622 Belanger St.
Houma, LA 70361

Price , Mark
150023 Sun Bird Ln
Austin, TX 78734

Puckett Rents,
POB 3170
Jackson, MS 39207

Williams, Jeffrey Attny
4450 Old Canton Rd. Ste 200
Jackson, MS 39211

Ram Tool & Supply
POB 320979
Birmingham, AL 35232

Canova & Delahaye Attys
58156 Court St.
Plaquemine, LA 70764-2708

The Perkins Group
104 23Rd. St. St. Ste 100
Birmingham, AL 35233

Abram, Edwards, & York
Attn: Jim Fletcher
1315 S. Main Ave. #217
Durango, CO 81301

Recon Services Inc
11566 Cypress N.
Austin, TX 78734

Phoenix Recovery Group
2939 Moss Rock St 220
San Antonio, TX 78230

Reeco Rental & Supply Inc.
1762 Canal Blvd.
Thibodaux, LA 70301

Regions
301 St Charles St
New Orleans LA70130

Southwest Credit
4120 International Pkwy. #1100
Carrollton, TX 75007

Reserve At Three Rivers
1120 Three Rivers Road
Gulfport, MS 39503

Reyes, Steve
POB 311
Taylor, TX 76574

Reyes Concrete Placement
POB 311
Taylor, TX 76574

York, Whitman, & Assoc
10101 Sw Freeway Ste 325
Houston, TX 77074

Ridgeways Nola
1808 N. Causeway Blvd.
Mandevlle, LA 70471

Metrowide Riverview Apts
Bruno LLC
3929 Tulane Ave
New Orleans, LA 70119

Mcneil Myers
3017 Harvard Ave, Suite 301
Metairie, LA 70006

1st Parish CT
ATTN: John J Geggerheimer
924 David Dr.
Metairie, LA

8Th Justice Of The Peace
1903 Short St.
Kenner, LA 70062

Attny Robert G. Stassi
One Galleria Blvd. Suite 1100
Metairie, LA 70001

Rodgers, Jimmy
148 Mckinley Dr.
Burleson, TX 76028

Rodco Trucking
POB 1739
Raceland, LA 70394

Morvant & Cavell
402 W. 4Th St.
Thibodaux, LA 70301

Rsc Gulfport
10230 Logan Cline Dr.
Gulfport, MS 39503

Rsc
600 Highway 25 N,
Starkville, MS 39759

Rsc New Orleans
11580 Chef Menteur Hwy.
New Orleans, LA 70128

Riddle, Joe
249 Hopkins Blvd
Biloxi, MS 39550

Roecker, Larry
16100 Awalt Dr
Austin, Texas 78734-1415

Saffe Property & Casualty
1431 Greenway Dr. #750
Irving, TX 75038

Saiji, Pravin & Arti
5301 E.Belle Fountaine Dr.
Ocean Spgs, MS 39564

Tom Vaughn
1311 Spring St. #A
Gulfport, MS 39507

Rapid Recovery Solution
25 Orville Dr. #101A
Bohemia, NY 11716-2501

Schwartz, Don
179 Reynoir St
Biloxi, MS 39550

Jackson Co Jp
6904 N. Washington
Ocean Springs, MS 39564

Sheffield Rentals, Inc.
1255 Hwy 61 South
Vicksburg,MS39180

Smeco Concrete Pumping, LLC
POB 369
Kenner, LA 70063

Sprint/ Nextel
POB 541023
Los Angeles Ca 90054-1023

Gs Services Limited Partnership
6330 Gulfton
Houston, TX, 77081

Diversified Adjustment Service Inc
600 Coon Rapids Blvd.
Coon Rapids, MN 55433

Gc Services Ltd Collection
6330 Gulfton
Houston, TX 77081

Stonehedge Construction
POB 193
Franklin, IL 61031

Start Leasing CO
72022 Live Oak St. B
Covington, LA 70433

Stine Lumber
108 Us Hwy 61 South
Natchez, MS 39120

Southwest Concrete Construction
2408 Parkland Ave.
Artesia, NM 88210

Superior Concrete Crushing
1125 Legacy Ste. 210
Frisco, TX 75034

Sunbelt Rentals Aka Nations Rent
5011 Middlebrook Rd
Knoxville TN 37921

Newman, Mathis, Brady, & Spedale,
Attny For Sunbelt
212 Veterans Blvd.
Metairie, LA70005

Ricardo Zuniga Barron
2105 30Th
Lubbock TX 79411

Texas Workforce Commission
Labor Law Division
191 E. 15Th St.
Austin, TX 78778

Ace Cash Express
1231 Greenway Dr. #700
Irving, TX 75038

Marcos Eulogio
8912 N. Lamar #139
Austin, TX 78753

Texas Workforce Commission Emp.
Labor Law Division
191 E. 15Th St.
Austin, TX 78778

Juan Guitierrez
500 E.7Th
Austin, TX 78701

Texas Workforce Commission
Labor Law Division
191 E. 15Th St.
Austin, TX 78778

Clifton Pullen
7413 19Th St.
Lubbock, TX 79407

Texas Workforce Commission
Emp Act 12-196966-5
Labor Law Division
191 E. 15Th St.
Austin, TX 78778

Ramon Reyes
POB 311
Taylor, TX 76574

Texas Workforce Commission
Emp Act 13-296013-5
Labor Law Division
191 E. 15Th St.
Austin, TX 78778

Felipe E. Ybarra
500 E. 7Th
Austin, TX 78701

Texas Workforce Commission
Emp Act#13-296013-5
Labor Law Division
191 E. 15Th St.
Austin, TX 78778

Terrys Resource Mgmt
1101 Destrehan Ave
Harvey, LA 70058

Peoples Bank
2015 Bienville Blvd.
Ocean Springs, MS 39564

Trench Safety
POB 770299
Memphis, TN 38177-0299

Twin Brothers Earth Movers LLC
15505 Krohn Rd.
Ocean Springs, MS 39565

Tucker Oil
POB 160
Slanton, TX 79364

Volvo Rents
720 Continuum Dr.
Fletcher, NC 28732

Tuff Equipment
38008 Browns Village Rd.
Slidell, LA 70459

Western Heritage
1340 H Patton Ave.
Ashville, NC. 28806

Newman, Mathis, Brady, & Spedale,
Attny For Western Heritage Ins.
212 Veterans Blvd.
Metairie, LA 70005

United Rental
10385 Airline Hwy
Saint Rose, LA 70087

University Inn
703 Spring St.
Starkville, MS 39759-345

Washington, Tim
5407 Weaver Rd.
Houston, TX 77016

Wells, Jason
1321 W. 135Th Dr.
Westminster, CO 80234

Wells, Justin
8780 Dawson St. #5
Thornton, CO 80229

Wright Express Fuel Card
POB 639
Portland, ME 04104

Whitney Bank Poydras Branch
610 Poydras St.
New Orleans LA 70130

Williams Equipment Corporate
3821 New Getwell Rd.
Memphis, TN 38118

Williams Equp
C/O Matthews, Pierce & Lloyd, Inc.
830 Walker Rd. Ste 12
Dover, DE 19904

Williams Equipment
POB 1000 Dept. 295
Memphis, TN 38148-0295

Wood Materials
5821 River Rd
Avondale, LA 70094

Ybarra, Alberto
2110 Laura Ct
Round Rock, TX 78681

Sandres, Juan
310 Abbey CT Apt. L-9
Biloxi, MS 39531

Miller, Sheldon Cody
128 Cr 236
Marlin, TX 76661

Zunun, Rigoberto
310 Abbey CT Apt. 2-9
Biloxi, MS 39531

McMahan, Steven Cody
3500 Doty Ln.
Arlington, TX 76001-5340

Francis, Steven
POB 466
Tangipahoa, LA 70463

Coastal Waste / Iesi
310 Howze Bch Ln
Slidell, LA 70461

Ethan & Assoc
800 N. Causeway Blvd 3Rd FL
Mandeville,, LA 70448

New Orleans Portable Storage
POB 66097
Baton Rouge, LA 70896

CMC Construction Services N.O.
POB 121133
Dallas, TX 75312

FDIC Receiver
TN Commerce Bank
1601 Bryan St.
Dallas, TX 75201

Real Time Solutions
Dept. 107765 POB 1259
Oaks, PA 19456

Crawford Memorial Hospital
Health Care Services
1000 N. Allen St.
Robinson, IL 62454

Entergy Claims Mgmt.
POB 551
Little Rock, Ar. 72203

Fedex
POB 94515
Palatine, IL 60094

Nco Financial Systems Inc
POB 510950
New Berlin, WI 53151

Hanson Pipe
POB 730498
Dallas, TX 75373

HSI Ready Mix & Concrete
POB 758
Picayune, MS 39466

Hyde Park Capital
721 B, 'K' St.
Lake Worth, FL 33460

Michael Hyde
721 B, 'K' St.
Lake Worth, FL 33460

National Pen CO
Po Box 847203
Dallas, TX 75284

Rcmb
4 Westchester Plaza Ste. #110
Elmsford, NY 10523

Nebs
500 Main St.
Groton, MA 01471

Office Depot
POB 689020
Des Moines, IA 50368

Encore Receivable Mgmt. Inc
POB 1880
Southgate, MI 48195

Paychex
401 Whitney Ave. #200
Gretna, LA 70056

McCarthy Burgess Wolff Attny
26000 Cannon Rd.
Cleveland, OH 44146

Ridgeways -Biloxi
Lockbox-403984
Atlanta, GA 30384

Alexander & Hamilton Inc.
2721 Division St.
Metairie, LA 70002

Sherwin Williams
4925C Jefferson Hwy.
Jefferson, LA 70121

Vonage
23 Main Street
Holmdel, NJ 07733

RMS
POB 723001
Atlanta, GA 31139

Barrington Farms Lp
103 W. Lockwood #218
St. Louis, MO 83119

Boni, Brian
2540 Pottstown Pike House 2
Spring City, PA 19475

Commonwealth Of Pa Co Of Chester
1130 Ridge Rd
Pottstown, PA 19465

Brian & Denis Mccarthy
2540 Pottstown Pk House 2
Spring City, PA 19475

Cajun Concrete
740 Carondelet St.
New Orleans, LA 70130

Carter Lumber Store
601 Talmedge
Kent, OH 44240-0001

Kathryn Trew, Attny
909 Poydras St Ste 1000
New Orleans, LA 70112

Christman, William & Bam
Builders Inc
1515 Orchard Dr.
Kalamazoo, MI 49007

Cna Insurance
C/O Scott Insurance
POB 3556
Orlando, FL 32802

CNA (Rms)
Continental Casualty Company
POB 280410
E Hartford, CT 06108-0431

Dollar Bank
1709 RT 228
Cranberry Twp., PA 16066

McCarthy, Burgess, & Wolff
26000 Cannon Rd.
Cleveland, OH 44146

Danial Kidd
1308 Wilson Rd, St. 103
Knoxville. TN 37912

Dynamic Bldg Corp
51 Pennwood Pl. #200
Warrendale, PA15086

Eig Enterprise Ins Group
14350 Carlson Circle Ste J6
Tampa, FL 33626

Erie Exchange
Medure Varrati Ins LLC
3302 Stones Throw Dr.
Poland, OH 44514

Geos Services
POB 32564
Knoxville, TN 37930

Fauss Wygo
111 N 181St Street | # 202
Omaha, Ne 68022

Hamlin Equip. Rental
6010 E. Maxwell
Evansville, Indiana 47715

Hats Equipment
19210 Sisters Rd.
Ponchatoula, LA 70454

Hats Equipment
19210 Sisters Rd.
Ponchatoula, LA 70454

Heuerman, Charles
14046 N. 1600Th St.
Teutopolis, IL 62467

4Th Judicial Circuit
Clerk Of The Court
120 W. Jefferson
Effingham, IL 62401

J JET Leasing Inc
905 N. Rte. 49
Casey, IL 62420

Chase Bank
340 S. Cleveland Ave. Bldg. 370
Westerville, OH 43081

I.C. System For Above
444 Hwy 96 East
St.Paul, MN 55164-0686

Keene. Ron
1158 Prizer Rd. East
Nantmeal Twp, PA 19495

Jolivette, Matthew
313 Woodbridge Ln.
Douglasville, PA 19518

Kenner Automotive
1315 27Th St
Kenner, LA 70062

Amanda Lowe,
Kean Miller Attorneys
909 Poydras St. 1400
New Orleans, LA 70112

Keystone Concrete Pumping
200 Three Tun Rd
Malvern, PA 19355

Knickerbockers
4759 Campbells Run Rd.
Pittsburg, PA 15205

McMullan Law Group LLC
564 Forbes Ave # 1007
Pittsburgh, PA 15219

Dignity Community Construction Inc
2509 Lehigh Ave.
Philadelphia, PA 19312

Hawkins, Rommie
4300 Stanton Ave.
Pittsburgh, PA 15201

Lopez, Crescencio
1726 James Buchanan
Biloxi, MS 39531

Creekside Partners Inc
995 Brodhead
Moon Twp. PA 15108

Murphy Masonry & Concrete
12275 E 900Th Ave
Robinson, Ill. 62454

NC Concrete Construction
9225 Whitmont Rd.
Knoxville, TN 37931

Owens, James
1221 Gallaher Rd,
Kingston, TN 37763

Polk Construction
C/O Jeff Prattini
650 Poydras St. # 2600
New Orleans, LA 70130

Sherwin Williams
101 W. Prospect Ave. N.W.
Cleveland, OH 44115

Smith, Melody
POB 192
Venus TX 76084

Thompson, Ira
502 S
Argus Robinson, Il 62454

Wolff, Georgia
3138 Posture View Dr.
Gibsonia, PA 15044

Jacome Rivera , Ivan
2130 N Carlisle St.
Philadelphia, PA 19475

John W. Thrower Inc.
409 Saxonburg Blvd.
Saxonburg, PA 16056

Charter Communications
POB 742614
Cincinnati, OH 45274

Home Depot
POB 183176
Columbus, OH 43218

Action Concrete Pumping
151 Kyker Ferry Rd
Kodak, TN 37764

Blaylock Concrete Pumping
409 Robert Henderson Road
Sevierville, TN 37862

Bennett Law LLC
POB 9163
Midvale, UT 84047

Bennett Law LLC
POB 9163
Midvale, UT 84047

Complete Pymt Recovery Service Inc
3500 5Th St.
Northport, AL 35476

CNA (Rms)
Continental Casualty Company
77 Hartland St #401
E Hartford, CT 06108

Rk Becker Concrete Finishers
2130 Grey Ridge Rd.
Maryville, TN 37801

Batson Cook
817 Fourth Avenue
West Point, GA 31833

Gerdau Amerstell Knoxville
4615 Coster Rd.
Knoxville, TN 37912

Bright, Roy
230 Fagin Rd
Madisonville, TN 37854

Cox, Matthew
927 Green Rd
Madisonville, TN 37354

Jacome, Ivan Rivera
2130 N. Carlisle St.
Philadelphia, PA 19475

Arman, Steven Danny
7716 Belchase Ln.
Knoxville, TN 37918

Vanhooseco Ready Mix
244 Blair Bend Rd
Loudon, TN 37774

Sunbelt Rentals
2341 Deerfield Dr
Ft. Mill, SC  29715

Uta United Tranzactions
3200 Executive Way
Miramar, FL 33025

Newman, Mathis, Brady, & Spedale,
212 Veterans Blvd.
Metairie, LA70005

Tienda Nony
8372 Kingston Pike #500
Knoxville, TN 37910

Samuel Dylan McMahan,
3500 Doty Ln.
Arlington, TX 76001-5340

FL. Dept. of Revenue
Mail Stop 3-2000
5050 W. Tennessee St.
Tallahassee, FL. 32399-0112

Acadian Ambulance Service
130 E. Kaliste Saloom Rd.
Lafayette, LA 70508

Receivable Recovery Services
110 Veterans Blvd. #445
Metairie, LA 70005

Ameran Illinois
300 Liberty St.
Peoria, Il 61602

Cbe Group
Po Box 126
Waterloo, IA 50704

Applied Bank
POB 17120
Wilmington, DE 19886-7120

First National Collection Bureau Inc
POB 4115
Concord, CA 94524

Aspire
POB 105555
Atlanta, GA 30348-5555

Columbus Bank & Trust/Aspire
5850 W. Interstate 20 # 100
Arlington, TX 76017

Att C/ O Midland Bankruptcy
5407 Andrews Hwy.
Midland, TX 79706

Att C/ O Midland Bankruptcy
5407 Andrews Hwy.
Midland, TX 79706

Banfield
45 Park Pl Dr.
Covington, LA 70433

I.C. System Inc.
444 Hwy 96 East
St. Paul, MN 55164-0437

Brandt, Don
POB 14366
Bradenton, FL 34280

Capital One
POB 85015
Richmond, Va 23285-5015

Capital One
POB 30281
Salt Lake City, UT 84130-0281

Capital One
POB 30281
Salt Lake City, UT 84130-0281

Colleen Gallegher Trustee
POB 5880
Knoxville, TN 37928

Credit One
POB 60500
City Of Industry, CA 91716-0500

Midland Credit Mgmt. Inc.
2365 Northside Dr. # 300
San Diego, CA 92108

Cortrust
POB 5431
Sioux Falls, Sd. 57117-5431

Crossing Book Club
POB 6404
Camp Hill, PA 17012-6404

NSA Northshore Agency
751 Summa Ave.
Westbury, NY 11590

Dean, Betty
1815 John Smith Dr.
Irving, TX75061

Karen Washington, Attny
2929 Carlisle St 250
Dallas, TX 75240

Direct Tv
POB 78626
Phoenix, Az. 85062-8626

Direct Tv
POB 78626
Phoenix, Az. 85062-8626

Allied Interstate
POB 1954
Southgate, MI 48195

First Premier
POB 5147
Sioux Falls, Sd. 57117-5147

Pinnacle Financial Group
7825 Washington Ave. S. Ste. 310
Minneapolis, MN 55439

First Premier
POB 5147
Sioux Falls, Sd. 57117-5147

First Savings Card
POB 5019
Sioux Falls, Sd. 57117-5019

Singer & Levick Pc
Todd A. Hoodenpyle
16200 Addison Rd. Ste 140
Addison, TX 75001

Household
POB 80084
Salinas, CA 93912-0084

HSBC
POB 5253
Carol Stream IL 60197-9901

Portfolio Recovery Associates
Po Box 12914
Norfolk, VA 23541

IC System
P.O. Box 64378
St. Paul, MN 55164

King, Henry And Cary
213 Ridgeway
Metairie, LA70001

North Knoxville Medical Center
7565 Dannaher Way
Powell, TN 37849

Paragon Revenue Group
216 Le Phillip CT Ne.
Concord, NC 28025

Liberty Mutual
POB 970
Mishawaka, IN 46546

Linebarger, Goggan Blair Sampson
For Irving Isd Tax Office
27777 N. Stemmons Frwy # 1000
Dallas, TX 75207

Irving Isd Tax Office Tax Assessor
POB 152021
Irving, TX
75015-2021

Marion Farmer
404 E Gibson St
Covington, La, 70433-2926

Mcmahan, Clyde
1937 Bridge St.
Abilene, TX 79603

Integrity Direct
1646 Westgate Cir. #106
Brentwood, TN 37027

Northshore Agency Integrity Direct
270 Spagnoli Rd.
Melville, NY 11747

Orchard
POB 5222
Carol Stream, IL 60197-5222

Penn Power
P.O. Box 3687
Akron, OH 44309

Midnight Velvet
1112 7Th Ave.
Monroe, WI 5366-1364

Monroe & Main
1112 7Th Ave.
Monroe WI 53566-1356

Safari Auto Sales
910 Clinch Ave
Knoxville, TN 37716

Rashid, Hamid
910 Clinch Ave
Knoxville, TN 37716

Sprint
POB 54977
Los Angeles CA 90054-0977

Source Receivables Manag
Po Box 4068
Greensboro, NC 27404

Virtuoso Sourcing Group Inc LLC
4500 E Cherry Creek South Dr # 500
Denver, Co 80246

St. Tammany Parish Hospital
1202 S. Tyler St
Covington, LA 70433

Southern Credit Recovery
3228 6Th St.
Metairie, LA 70001

Dr. Mita Adhvaryu
1202 S. Tyler St
Covington, LA 70433

Ut Medical Center
POB 51388
Knoxville, TN 37950-1388

University Pathologists
8085 Rivers Ave #100 N.
Charleston, SC  29406

Verizon Wireless
POB 4003
Atlanta, GA 30101

Jefferson Capital System.
16 Mcleland Rd
Saint Cloud, MN 56303

Verizon Wireless
POB 105378
Atlanta, GA 30348

AFNI For Verizon
POB 3097
Bloomington, IL 61702

CBE Group
POB 2635
Waterloo, IA 50704-2635

Whitney Bank Poydras Branch
610 Poydras St.
New Orleans LA 70130

Georgia Wolff
3138 Posture View Dr.
Gibsonia, PA 15044

Versa Properties /Chuck Roberts
POB 681
West Monroe, LA 71294

Seventh Ave
2000 Harrison Dr. Ste 101
Clinton, IA 52732

BTN Inc.
POB 369
Biloxi, MS 39533

American Home Shield
150 Peabody Pl
Memphis, TN. 38133

Vengroff, Williams & Assoc
POB 4155
Sarasota, FL 34230

Wachovia Dealer Services
POB 3659 POB 3659
Rancho Cucamonga, CA 91729

WFS Financial
POB 168048
Irving, TX 75016

Upmc Passavant
2 Hot Metal St #386.
Pittsburgh, PA 15203

Upmc Passavant Physician Services
POB 371980
Pittsburgh, PA 15250

Dept Of VA Mountain Home
Attn : Billing
P.O. Box 4000
Mountain Home , TN 37684

Dept Of VA Biloxi, Ma
Atn: Billing / Finance
400 Veterans Ave.
Biloxi, MS 39531

Enhanced Recovery CO
PO BOX 57547
Jacksonville, FL 32241

Texas Acres POA
P.O. Box 1054
Onalaska ,TX 77360

Lake Livingston Village POA
167 Lexington Street
Livingston, TX 77351

NELNET School loans
POB 82561
LINCOLN, NE.68501

Department of Education
POB 740283
Atlanta, GA.30374

Dept of Revenue North Carolina
Attn: Bankruptcy Unit
POB 1168
Raleigh, NC. 27602-1168

FL. Dept. of Revenue
Mail Stop 3-2000
5050 W. Tennessee St.
Tallahassee, FL. 32399-0112

Dept. of Revenue State of Louisiana
Box 201
Baton Rouge, LA. 70821-4998

Illinois Dept. of Revenue
Bankruptcy Unit
POB 19035
Springfield, IL. 62794-9035

Taxation & Revenue New Mexico
1100 S. St. Francis Dr.
Santa Fe, NM. 87504

Dept of Rev PA.
POB 280418
Harrisburg, PA. 17128-0418

Dept. of Revenue State of TN
44 Vantage Way # 160
Nashville, TN. 37243-8050

Lehigh Valley Health Network
POB 4120
Allentown, PA 18105

Lehigh Valley Physician Group
POB 4120
Allentown, PA 18105

Penn Credit
916 S. 14Th St.
Harrisburg, PA 17108-0988

Lehigh Valley Hospital
POB 4120
Allentown, PA 18105

Lehigh Valley Hospital
POB 4120
Allentown, PA 18105

Lehigh Valley Hospital
POB 4120
Allentown, PA 18105

Lehigh Valley Hospital
POB 4120
Allentown, PA 18105

Life Home Care
701 Technology Dr.#250
Cannonsburg, PA 15317

Joseph Mallon, MD
500 York Rd,
Jenkintown, PA 19046

Medical Imaging Of Lehigh Valley
POB 3226
Allentown, PA 18106-0226

Medical Imaging Of Lehigh Valley
POB 3226
Allentown, PA 18106-0226

Miller, Greg DO.
1200 S Cedar Crest Blvd
Allenton, PA 18103-6202

Pottstown Memorial
1600 E. High St.
Pottstown, PA 19484

PASI
Professional Account Services Inc.
POB 188
Brentwood, TN 37024-0188

Tri-County Emergency Physicians
POB 347028
Pittsburgh, PA 15251-4028

Pottstown Clinic CO
POB 8755
Belfast, ME 04915-8755

University Radiology
5401 Kingston Pike #540
Knoxville, TN 37919

Upmc Home Medical Equipment
701 Technology Dr. #250
Canonsburg, PA 15317

Upmc Physician Services
POB 371980
Pittsburgh, PA 15250-7980

Upmc Physician Services
POB 371980
Pittsburgh, PA 15250-7980

Upmc Passavant
POB 3802059
Pittsburgh, PA 15250-8059

Upmc Hospital Patient Services
200 Lothrup St.
Pittsburgh, PA 15213-2582

Applied Bank
POB 17120
Wilmington, DE 19886-7120

Capital One
POB 71083
Charleston, NC 28272

Allied Interstate
POB 1954
Southgate, MI 49195-0954

BP Business Solutions
POB 923928
Norcross, GA 30010

Capital One
POB 30285
Salt Lake City, UT 84130-0285

Home Depot
POB 183176
Columbus, OH 43218-3176

McGlamery, Corrine
309 Mound Dr.
New Orleans, LA 70124

Motors Insurance Corp
POB 55156
Boston, MA 02205-5156

Vital Care Medical Transport
POB 668
Lafollette, TN 37766-0601

Wood, Michael Southern Corrosion
7908 Semmes Rd.
VanCleaves, MS 39565

Wyndham Resort Development
8427 South Park Cir Suite
Orlando, FL 32819-0000

Capitol 1 Auto
7933 Preston Rd
Plano, TX,. 75024

Ascension Capital Group Inc.
POB 201347
Arlington, TX 76006

Orchard Bank /Hsbc Card
POB 5222
Carol Stream, IL 60197

Credit One
POB 60500
City Of Industry. CA 91716

Source Receivables Mgmt
POB 4068
Greensboro, NC 27404

Internal Revenue Service
POB 7346
Philadelphia, PA. 19101-7346

Internal Revenue Service
POB 7346
Philadelphia, PA. 19101-7346

Performant Recovery
Re: State Of LA
Dept. Of Revenue
POB 9054
Pleasanton, CA 94566-9054

Performant Recovery
Re: State Of LA
Dept. Of Revenue
POB 9054
Pleasanton, CA 94566-9054

Internal Revenue Service
POB 7346
Philadelphia, PA. 19101-7346

Polk CO Re Tax
416 N. Washington
Livingston, TX 77351

Bailey Tax Assessor
302 Main St.
Muleshoe, TX 79347

Perdue Brandon Fielder Collins Mott
POB 817
Lubbock, TX. 79408